**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6233**

───────────────

UNITED STATES OF AMERICA,

                                          Plaintiff - Appellee,

        versus

CAROLYN TRICE,

                                          Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., District Judge.  (CR-96-358)

───────────────

Submitted:  May 13, 1999                    Decided:  May 19, 1999

───────────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Carolyn Trice, Appellant Pro Se.  Scarlett Anne Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn Trice appeals the district court's order denying her motion to expunge her criminal record. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Trice, No. CR-96-358 (D.S.C. Feb. 5, 1999). Trice's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED